# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Maine Lobstermen's Ass'n, Inc. et al.

v.

National Marine Fisheries Service, et al.

**Case No:** 22-5238

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Center for Biological Diversity

Conservation Law Foundation

Defenders of Wildlife

### Counsel Information

**Lead Counsel:** Erica A. Fuller

**Direct Phone:** (508) 400-9080  **Fax:** (617) 350-4030  **Email:** efuller@clf.org

**2nd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**Firm Name:** Conservation Law Foundation

**Firm Address:** 62 Summer Street, Boston, Massachusetts, 02110

**Firm Phone:** (617) 350-0990  **Fax:** (617) 350-4030  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)