# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5238**                              **September Term, 2023**

**1:21-cv-02509-JEB**

**Filed On: September 7, 2023** [2015767]

Maine Lobstermen's Association,

       Appellant

State of Maine Department of Marine
Resources, et al.,

       Appellees

   v.

National Marine Fisheries Service, et al.,

       Appellees

------------------------------

Consolidated with 22-5244, 22-5245,
22-5246

## M A N D A T E

In accordance with the judgment of June 16, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk

Link to the judgment filed June 16, 2023